**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Christopher S. Bryant,

        Plaintiff,                        Civil No. 08-5139 (RHK/SRN)

vs.                            **DISQUALIFICATION AND**
                                **ORDER FOR REASSIGNMENT**

U.S. Department of Education,

        Defendant.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  September 15, 2008

                             s/Richard H. Kyle
                             RICHARD H. KYLE
                             United States District Judge